UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2020_

JOSEPH AIELLO, *et al.*,

        Plaintiffs,

-against-

HOWARD BROWN, *et al.*,

        Defendants.

19 Civ. 9647 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' pre-motion letters, ECF Nos. 57, 59, it is hereby ORDERED that:

1. By **March 20, 2020**, Defendants shall file their motion to dismiss;
2. By **April 10, 2020**, Plaintiffs shall file their opposition; and
3. By **April 24, 2020**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: February 21, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge