**ROSENFELD & KAPLAN, L.L.P.**
(A Limited Liability Partnership Including Professional)

ATTORNEYS AT LAW
1180 AVENUE OF THE AMERICAS
SUITE 1920
NEW YORK, NEW YORK 10036

WEBSITE: HTTP//WWW.ROSENFELDLAW.COM
E-MAIL:   Steve@ROSENFELDLAW.COM

TEL:(212) 682-1400
FAX:(212) 682-1100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2020

May 1, 2020

**VIA EMAIL & ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

  Re: **Aiello v. Brown, et al.**
    19 Civ. 9647 (AT)

Dear Judge Torres:

  We are writing on behalf of all parties to the above action.

  Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and the Court's Individual Practices Rule III(B)(iv), the plaintiffs have filed an amended complaint in response to the pending motions to dismiss. As the amendments have added additional material and added defendants to certain claims, the defendants intend to file new motions to dismiss. After a discussion among counsel, and subject to Your Honor's consent, the parties have agreed to the following schedule with respect to this motion: 1) Defendants will file their motion to dismiss by June 2, 2020; 2) Plaintiffs will file their answering papers by July 1, 2020; and 3) Defendants will file reply papers by July 15, 2020.

  We hope that Your Honor is well and thank you for consideration of the above proposed schedule.

               Respectfully,

               *Steven M. Kaplan*
               Steven M. Kaplan

GRANTED.

The Clerk of Court is directed to terminate
the motions at ECF Nos. 64, 65, and 71.

SO ORDERED.

Dated: May 11, 2020
   New York, New York

               _____
               ANALISA TORRES
               United States District Judge