USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/7/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH AIELLO, MATTHEW DRAPKIN, ESTATE OF DONALD DRAPKIN, MICHAEL J. PALMER, MICHAEL J. PALMER AND VIRGINIA A. PALMER LIVING TRUST, ADAM BERK, ROBERT SCHECTERSON, AMY GRABINO, ANTHONY CAVALIERI, MELVIN GOLDBERG, LAWRENCE KAYE, ANN KAYE, LAWRENCE G. KAYE AND H. ANNE KAYE 1996 REVOCABLE LIVING TRUST, TERRY WEBER, JOHN HELM, BRIAN KAFFEE, STUART KAFFEE, KAFFEE CO. LLC, JASON PALMER, PAUL SWISTAK, JAMES TISONY, and DAVID SNIDER,

     Plaintiffs,

-against-

HOWARD BROWN, MICHAEL BROWN, HITOUCH NASHVILLE LLC, ARROWMARK COLORADO HOLDINGS, LLC, DAVID CORKINS, STEVEN M. GOLDMAN, JOHN EISINGER, MICHAEL NOVOSELLER, SANJAI BHONSLE, KAREN REIDY, DANA STAGGS, JOHN FRISK, ANDREW KOHN, MICHAEL CORNELL, LES GOODMAN, ANDREW KOVACH, JAY NADEL, and RANDI SIDGMORE,

     Defendants,

BROWN (RI) INVESTMENT COMPANY, LLC,

     A Required Party.

19 Civ. 9647 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

  On March 31, 2021, the Court granted Defendants' motions to dismiss the amended complaint, ECF Nos. 75, 78. ECF No. 89. The Court granted Plaintiffs leave to file a second amended complaint by April 15, 2021. ECF No. 89 at 13. The Court advised Plaintiffs that if they did not file a second amended complaint, the case would be closed. *Id.* Plaintiffs did not file a second amended complaint.

On April 20, 2021, Plaintiffs appealed the Court's order granting Defendants' motions to dismiss.  ECF No. 90.  On December 15, 2021, the Second Circuit affirmed the Court's order.  ECF No. 91.  Plaintiffs have not taken any action since the Second Circuit decision, and did not request an extension or indicate an intent to file a second amended complaint.

Accordingly, the Clerk of Court is directed to close the case.

SO ORDERED.

Dated: April 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge